# PAUL J. MADDEN

ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

The Honorable Dora L. Irizarry  September 20, 2010
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East   U.S.A. v. William King
Brooklyn, New York 11201   08 CR 798 [DLI]

By ECF

Dear Judge Irizarry:

    As a follow-up to my sentence memorandum on behalf of Mr. King which I had submitted to Your Honor on September 7, 2010 I am enclosing a letter to Your Honor from Ms. Kynng Soon Ha, one of the owners and founders of the BQ Sports store, which employs Mr. King. Your Honor will note that the letter is dated September 3, 2010, but I only received it the other day. Apparently the letter had to be translated. Mr. King will appear tomorrow for sentencing by Your Honor.

    Thank you on behalf of Mr. King and his family for Your Honor's consideration of this matter.

Respectfully yours,

*Paul Madden*

Paul Madden
Attorney for Mr. King

Cc: Cristina M. Posa, Esq.
    Assistant United States Attorney [by ECF]

    Mr. John L. Almanza
    United States Probation Officer [by ECF]

attachment